UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

KAREEM MCCONICO,

Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 690 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Tuesday, January 7, 2020, is adjourned to Wednesday, January 15, 2020, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
December 18, 2019

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE