UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

KAREEM MCCONICO,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 690 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Wednesday, January 15, 2020, is adjourned to January 28, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
          January 7, 2020

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE